ISAAC MENDELSOHN, Respondent, v. JOSEPH ROSENBERG, Appellant, Impleaded with Others.

Submitted March 2, 1937; decided March 23, 1937.

*Lloyd B. Kanter* for appellant.

*Benjamin Cohen* for respondent. The order is not a final order affecting a substantial right, and is one made in the exercise of discretion, and is not reviewable by the Court of Appeals. (*Klasko Finance Corp.* v. *Belleaire Hotel Corp.*, 257 N. Y. 1; *Geller* v. *Flamount Realty Corp.*, 260 N. Y. 346.)

*Per Curiam.* Although this court allowed the appeal in this cause, it has been called to our attention that the

order is not appealable. (*Matter of Steinman* v. *Conlon*, 208 N. Y. 198; *Hand* v. *Ortschreib Building Corp.*, 254 N. Y. 15. See *Jewelers' Mercantile Agency* v. *Jewelers' Weekly Pub. Co.*, 155 N. Y. 241.) We, therefore, do not pass on the merits but reserve the question until properly before us for review.

The appeal should be dismissed, with costs.

CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ., concur.

Appeal dismissed.